IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Joseph M. Clark,**  Case No. 2:12-cv-802

    **Plaintiff,**  **Judge Graham**

    v.  Magistrate Judge Kemp

**Shop24 Global, LLC, et al.,**

    **Defendants.**

## ORDER

The parties shall submit their respective briefs on the issues of liquidated damages and successor liability on or before July 1, 2015. The parties shall file their respective responses on or before July 8, 2015.

IT IS SO ORDERED.

                                                     S/ James L Graham
                                                     James L. Graham
                                                     UNITED STATES DISTRICT JUDGE

Date:  June 18, 2015