# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| Joseph M. Clark,<br>*Plaintiff*<br>v.<br><br>Shop24 Global, LLC, et al.,<br>*Defendant* | ) ) ) ) ) | Civil Action No. 2:12-cv-802 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: **The Court ENTERS JUDGMENT in the Plaintiff's favor in the amount of $61,978.46.**

This action was *(check one)*:

s/Denise M. Shane - 9/9/2015

*Signature of Clerk or Deputy Clerk*